IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MELANISE ANNETTE NIXON,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:17-CV-085 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| **THE OHIO STATE UNIVERSITY** : | |
| **MEDICAL CENTER EAST,** : | Magistrate Judge Kemp |
| : | |
| Defendant. : | |

## ORDER

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley recently held a position on the Board of Trustees for The Ohio State University.  The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

   s/Algenon L. Marbley
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATE: January 30, 2017**