**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Melanise Nixon,

       vs.                     Case No. 2:17-cv-85

Ohio State University                **Judge Michael H. Watson**
Medical Center East

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the October 19, 2017 Opinion and Order, the Court GRANTS without prejudice Defendant's Motion to Dismiss.


Date: **October 19, 2017**        **Richard W. Nagel, Clerk**


                                            s/ Jennifer Kacsor
                                        By Jennifer Kacsor/Courtroom Deputy